# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 15-7126 | September Term, 2015 |
| | 1:13-cv-01101-JDB |
| | Filed On: April 12, 2016 [1608347] |

David DeJesus,

      Appellant

    v.

WP Company LLC, doing business as
Washington Post,

      Appellee

## O R D E R

Upon consideration of appellee's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | May 4, 2016 |
| Appellant's Reply Brief | May 25, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk